IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12mj184 |
| | : | |
| v. | : | |
| | : | ORDER UNSEALING CRIMINAL |
| RICHARD TREPANIER | : | COMPLAINT, AFFIDAVIT, |
| | : | ATTACHMENTS, ARREST |
| | : | WARRANT AND THE RETURN |

---

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, Attachments, Arrest Warrant and the Return in the above captioned case filed herein and ordered sealed by the order of this court on May 15, 2012, be unsealed by the Clerk of Courts.

_____
SHARON L. OVINGTON
U.S. Magistrate Judge